☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    DELAWARE

UNITED STATES OF AMERICA,

V.

JOHN V. TULLI,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-

0 6 - 2 5 3

RECEIVED
U.S. ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
2006 MAY -4 PM12: 18

TO: (Name and address of Defendant)

JOHN V. TULLI
11424 Abbey's Way
Bridgeville, Delaware 19933

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth M. Beausang
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, Delaware 19899-2046

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    4/18/06

CLERK                              DATE

E Strickler

(By) DEPUTY CLERK

□AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *April 27, 2006* | |
| NAME OF SERVER *(PRINT)* *STEPHEN Naudasher* | TITLE *Special Agent* | |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant.  Place where served:  *11424 Abby's Way, Bridgeville, DEL  19899*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | 0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *April 27, 2006*        *Stephen Naudasher*
          Date                Signature of Server

*NIX FEDERAL BUILDING, SUITE 600*
*900 MARKET STREET, Philadelphia, PA*
      Address of Server                *19107*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.