## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :

          Plaintiff,          :

      v.              :      Civil Action No. 06-253-JJF

JOHN V. TULLI,          :

          Defendant.         :

### ORDER AND FINAL JUDGMENT

AND NOW, this 18 day of July, 2006, the United States of America ("Plaintiff"),

by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Seth

M. Beausang, Assistant United States Attorney, and John V. Tulli ("Defendant"), having entered

into a stipulation, and the Court having entered an Order consistent therewith, it is hereby

ORDERED that judgment is entered in favor of Plaintiff and against Defendant in an amount

equal to $8,030.00.

IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE